UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VANESSA FREITAS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

CASE NO.   C07-5016FDB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge and the remaining record, and there being no objections to the Report and Recommendation, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) the ALJ erred as described in the report;

(3) the matter is therefore REMANDED to the administration for further consideration as directed in the report; and

(4) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 4th day of September 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1